## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA J MARIA NUNEZ

**CASE NO. 10-03090 SEK**

**CHAPTER 13**

DEBTORS

## MOTION REQUESTING MODIFICATION OF STAY
## IN FAVOR OF (SANTANDER MORTGAGE)
## FOR LOSS MITIGATION PURPOSES ONLY

**TO THE HONORABLE COURT:**

**COME NOW** debtor, represented by the undersigned attorney and respectfully

represent and pray as follows:

1.     The appearing party is seeking a modification of his residential mortgage through

the loss mitigation process, provided by the mortgage holder and/or servicer,

modification under the Home Affordable Modification Program Guidelines (HAMP).

2.     The standard practice of Mortgage Servicers in Puerto Rico is to request from

debtors in bankruptcy to lift the stay to qualify for loss mitigation alternatives[1].

Accordingly, to avoid denial and/or avoid further delays. of modification the appearing

party **voluntarily consents to the modification of the automatic stay to the**

**extent necessary to complete, manage, administer and provide any**

**mortgage modification and/or loss mitigation alternatives**.

---

[1]Upon information and belief, predicated in information provided by our
clients which the undersigned believes to be true.

3.    The appearing party will request authorization from this Court to approve any permanent mortgage modification and/or loss mitigation alternative, and will inform any provisional mortgage modification and/or loss mitigation alternative that is provided to the appearing party.

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
## LOCAL RULE 9013-(h)

Within FOURTEEN (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, Appearing party requests this Court to grant this motion and order as follows:

a.    That the automatic stay order be modified temporarily only stay to the extent necessary to complete, manage, administer and/or provide any mortgage modification and/or loss mitigation alternatives, but not allowing to proceed with the foreclosure, judicial action and/or judicial sale of the property in question.

I **HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and José R. Carrión, Esq, Chapter 13 Trustee. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In san Juan, Puerto Rico, October 12, 2010

*JPC LAW OFFICE*
Attorney for Petitioner(s)
PO BOX 363565
San Juan, PR 00936-3565
Tel: (787) 607-2066; (787) 607-2166
jpc@jpclawpr.com

ELECTRONICALLY FILED
S/ Jose M Prieto Carballo, Esq
USDC- PR 225806



## MODIFICATION RECAST PAYMENT

**Borrower**  JOSE M MALAVE FELIX

**Co-Borrower**  MARIA J MARIA NUNEZ

| ORIGINAL LOAN DATA | | | MODIFICATION DATA | | |
|---|---|---|---|---|---|
| | | | CURRENT VALUE | $ | 209,000.00 |
| ACCOUNT NUMBER | 9876529 | | INTEREST RATE | | 5.875% |
| TYPE/INVESTOR | C/V SANTANDER | | MODIFIED TERM | | 480 |
| ORIGINAL LOAN | $167,200.00 | | EFFECTIVE PERIOD | | 36 |
| ORIGINAL APPRAISAL | $209,000.00 | | PRINCIPAL BALANCE | | 153,812.14 |
| ORIGINAL LTV | 80% | | INTEREST BALANCES | | 2,636.72 |
| DATE OF LOAN | April 11, 2007 | | ESCROW | | 99.75 |
| MATURITY DATE | May 1, 2027 | | LEGAL CHARGES | | - |
| AMORTIZATION TERM | 240 | | NOTARY FEES MODIFICATION | | 494.00 |
| PAYMENTS MADE | 37 | | SIMS FEES | | 700.00 |
| REMAINING TERM | 203 | | DEUDA CRIM | | - |
| CURRENT P&I | $ 1,238.78 | | LESS: SECOND MORTGAGE | | - |
| CURR. ESCROW PMT | 33.25 | | MODIFICATION AMOUNT | $ | 157,742.61 |
| TOTAL PAYMENT | $ 1,272.03 | | NEW LTV | | 75% |
| CURRENT HOUSING RATIO | 27% | | MODIFICATION NEW P & I | $ | 854.22 |
| DELINQUENCY DATA | | | ESCROW PMT | | 33.25 |
| | | | NEW MONTHLY PMT | $ | 887.47 |
| NEXT PAYMENT | | | | | |

# Plan de Pago

DE LA PRIMERA PARTE: _____José M. N......vé Félix_____ Y _____Maria J. María Nuñez_____ ,mayor (es) de edad, propietario (s) y vecino (s) de _____San Juan_____ .

DE LA SEGUNDA PARTE: **BANCO SANTANDER,** una corporación bancaria organizada bajo las leyes del Estado Libre Asociado de Puerto Rico, representado en este acto por un Oficial o Representante Autorizado, en adelante denominado "El Banco".

## EXPONEN

1  **EL CLIENTE** es titular de una propiedad hipotecada en garantía de un pagare por la suma original de ___$ 167,200.00___ que devenga interés a razón ___6.9%___ anual (el "Pagaré") y cuyo pagare al presente es propiedad del **BANCO.**

2  **EL CLIENTE,** a la fecha de este contrato, se encuentra atrasado en los pagos mensuales de su préstamo hipotecario numero _____9876529_____ y adeuda a **EL BANCO 2** mensualidades que se desglosan de la siguiente manera:

**Mensualidades en atraso (02 meses de $1,317.03 desde 07/01/2010 hasta 08/01/2010).**

| | | |
|---|---|---|
| Total de mensualidades en atraso | $ | 2,634.06 |
| Recargos acumulados (+) | $ | 91.93 |
| Total exigible | $ | - |
| Gastos legales | $ | - |
| Corporated Advances | $ | - |
| Bad Checks Fees | $ | - |
| Estudio de Titulo | $ | 50.00 |
| Gastos de plan de pago | $ | 300.00 |
| Total de atraso | $ | 3,075.99 |

3  **EL CLIENTE,** se compromete y obliga con el Banco a satisfacer la cantidad Total de atrasos de la siguiente manera:

| | | |
|---|---|---|
| Total de atrasos | $ | 3,075.99 |
| Cantidad a abonar (-) | $ | 377.74 |
| Balance adeudado | $ | 2,698.25 |
| Mensualidad a abonarse al balance adeudado | $ | 888.00 |
| Pago regular del préstamo (+) | $ | 1,317.03 |
| Total de mensualidad durante "Trial Period" | $ | 888.00 |

4  **EL BANCO** aplicara el pago mensual recibido durante el termino del Plan de Pago de la siguiente manera:

a. La cantidad de ___$_____-___ se abonara a un pago mensual y ___$ 888.00___ se abonoara al atraso.
b. Cualquier cantidad sobrante del plan de pago se abonara a los meses en atraso, según el orden correspondiente de los mismos.



**STRATEGIC INTEGRATED**
mortgage solutions

Hoja de Desgloce de Fondos Recibidos

Fecha _____ 8/19/2010

Préstamo # _____ 9876529

Deudor: José M. Malavé Félix _____

Investor Santander _____

| ☐ Caso en Proceso |
|---|
| ☑ Transaccion Final |

Estimado Cliente:

Strategic Integrated Mortage Solutions (SIMS) es una compañía que provee servicios de apoyo a instituciones financieras, bajo bajo los programas federales de mitigación de pérdidas.

La alternativa propuesta por nosotros para ayudarle es: _____ "Trial Period" _____

Para realizar dicha alternativa, es necesario que usted aporte una cantidad de dinero necesaria para cubrir los gastos y partidas rembolsables y no rembolsables. La cantidad requerida para formalizar la alternativa es: $ 377.74

El desgloce es el siguiente:

| Partidas Rembolsables | | |
|---|---|---|
| Mensualidades Vencidas | $ | - |
| Cargos por demora | $ | 27.74 |
| Suspenso Aplicar | $ | - |
| Suspenso Retirar | $ | - |
| Escrow | $ | - |
| Cargos por Inspección | $ | - |
| Gasto Ejecución | $ | - |
| Gastos Quiebra | $ | - |
| SIMS | $ | - |
| Escritura de Partial Claim | $ | - |
| Traspaso | $ | - |
| Fees del Banco | $ | - |
| Intereses vencidos | $ | - |

| Partidas No Rembolsables | |
|---|---|
| Informe de Credito | |
| Flood Certificate | |
| Estudio de Titulo | 50.00 |
| Inspeccion | |
| CRIM | |
| SIMS FEES | 300.00 |
| Tasación | |
| Otros | - |
| Bad Checks | - |
| Corp Advances | - |
| | |
| | |
| | |

Sub Total $ 27.74

Sub Total $ 350.00

Total Recibido $ 377.74

Balance Pendiente $ -

La cantidad aportada se depositará en una cuenta de reserva del Banco Santander la cual no genera intereses, y permanecerá allí depositada hasta que usted culmine el proceso o desista de el, en cuyo caso se le devolvera la suma, luego de cubrir las partidas no reembolsables.

Si su préstamo esta en proceso de ejecución recomedamos que:
( ) Detenga    ( ) no detenga. Hasta

Favor de hacer cheque certificado o giro postal favor del Banco Santander.

Cynthia E. Cruz
**Representante de Sims**

Firma y Aceptación de Cliente

Santander

CHEQUE OFICIAL

Num. 3928790

101-234
215

SUCURSAL DOMENECH

FECHA 08/19/2010

$ **377.74**

PAGUESE

BANCO SANTANDER
SUC. DOMENECH

A
LA
ORDEN
DE

BANCO SANTANDER

DOLARES

Sobre $25,000 se requieren dos firmas

MP

MP

#7876529

⑆3928790⑆ ⑉021602344⑉ 900⑈9900038⑈